UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-8827-DDP (KK)** | Date: | January 30, 2023 |
|---|---|---|---|

Title:   *Jose Osvaldo Arteaga v. Pedro A. Castellanos, et al.*

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| S. LORENZO | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner: | Attorney(s) Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause Why Action Should Not Be Dismissed for Failure to File a Status Report**

On April 29, 2022, Plaintiff Jose O. Arteaga ("Plaintiff"), proceeding pro se and in forma pauperis, constructively filed a First Amended Complaint pursuant to 42 U.S.C. § 1983 ("Section 1983") against correctional officers Pedro A. Castellanos, Carlos Flores, and Erika Rios ("Defendants") alleging violations of Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment.  Dkt. 23.  On August 22, 2022, Defendants filed an Answer.  Dkt. 32.

On August 23, 2022, the Court issued a Case Management and Scheduling Order, which required, among other things, the parties to file and serve a status report no later than January 26, 2023.  Dkt. 34 at 3.  Defendants filed a status report on January 26, 2023.  Dkt. 41.  As of this date, Plaintiff has not filed a status report as required by the Case Management and Scheduling Order.

Accordingly, **on or before February 20, 2023**, Plaintiff is ORDERED TO SHOW CAUSE in writing why he has failed to file a status report as required by the Case Management and Scheduling Order.  Plaintiff may discharge this Order to Show Cause by filing the required status report by **February 20, 2023**.

**Plaintiff is cautioned that failure to timely file a response to this Order may result in a recommendation that this action be dismissed without prejudice for his failure to comply with Court orders and failure to prosecute.  See FED. R. CIV. P. 41(b).**

///

///

The Clerk of Court is directed to mail Plaintiff a copy of the Case Management and Scheduling Order (dkt. 34).

IT IS SO ORDERED.