UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-08827 DDP (ADS)                          Date:  May 1, 2024

Title:  *Jose Osvaldo Arteaga v. Pedro A. Castellanos, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On December 8, 2023, Defendants Rios, Flores, and Castellanos filed a Motion for Summary Judgment (the "Motion"). (Dkt. No. 88.) On March 11, 2024, the Court granted Plaintiff Jose Osvaldo Arteaga a second extension of time to oppose the Motion. (Dkt. No. 97.) Plaintiff was ordered to respond to the Motion by no later than April 10, 2024. (Id.) To date, Plaintiff has not filed an opposition to the Motion.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why he has not filed an opposition or a statement of non-opposition to the Motion**. Plaintiff must file his response to the Motion by no later than **May 13, 2024**. Failure to file an opposition to the Motion will be deemed as Plaintiff's acknowledgement that the Motion is unopposed.

**IT IS SO ORDERED.**

Initials of Clerk kh